UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SHERMAN WILLIAM PAYNE, JR.,

      Defendant.
_____/

Case No. 1:06:CR:143

HON. GORDON J. QUIST

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed September 20, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Sherman William Payne, Jr.'s plea of guilty to Count One of the Indictment is accepted. Defendant Sherman William Payne, Jr. is adjudicated guilty.

3. Defendant Sherman William Payne, Jr. shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: October 4, 2006

      /s/ Gordon J. Quist
      GORDON J. QUIST
      UNITED STATES DISTRICT JUDGE